**NOT FOR PUBLICATION**



# FILED

JUN 28 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| LOTHAR KUSTER, | No. 08-16552 |
| Plaintiff - Appellant, | D.C. Nos. 1:07-CV-00264-SOM-BMK 1:07-CV-00265-SOM-BMK |
| v. | |
| MICHAEL W. FOLEY, Director of Planning for the County of Maui (as an individual); CHARLES VILLALON, Building Inspector for the County of Maui (as an individual); TY FUKUROKU, Engineer for the County of Maui (as an individual); JAY ARAKAWA, Zoning Inspector for the County of Maui (as an individual); COUNTY OF MAUI, a governmental entity, | District of Hawaii, Honolulu

ORDER |
| Defendants - Appellees. | |

Before: HAWKINS, McKEOWN and RAWLINSON, Circuit Judges.

The Memorandum Disposition filed on June 10, 2011, is amended as follows:

On page 6, line 4, insert "violation" between "constitutional" and "Kuster."